# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUADA TECHNOLOGIES LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ADVANCED DRAINAGE SYSTEMS, INC., | ) ) C.A. No. 1:20-cv-00992-RGA |
| Defendant. | ) ) ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Defendant's time to respond to Plaintiff's Complaint (D.I. 1). Subject to the Court's approval, Plaintiff requests that Defendant's time to file its response to the Complaint be extended up to and including September 17, 2020. The reason for this requested extension is to allow counsel for Defendant additional time to investigate the allegations set forth in Plaintiff's Complaint, consult with their client, and consider an appropriate response. No party will be prejudiced by this extension.

Dated: August 10, 2020

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

CHONG LAW FIRM

 /s/ Jimmy Chong
Jimmy Chong
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

*Attorneys for Plaintiff Guada Technologies LLC*

SO ORDERED this \_\_\_\_\_ day of August, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Jimmy Chong*
Jimmy Chong